IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JANEEN TAYLOR, | § | |
| | § | No. 389, 2017 |
| Respondent Below, | § | |
| Appellant/Cross Appellee, | § | Court Below: Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | File No. 16-01-03TN |
| JEFF AND DONNA DEBOISE, | § | Petition No. 16-00946 |
| | § | |
| Petitioner Below, | § | |
| Appellee/Cross Appellant. | § | |

Submitted: November 14, 2018
Decided: November 15, 2018

Before **VAUGHN, SEITZ,** and **TRAYNOR**, Justices.

## O R D E R

This 15th day of November, 2018, after careful consideration of the parties' briefs and the record on appeal, it appears to the Court that the judgment of the Family Court should be affirmed on the basis of and for the reasons stated in its July 13, 2017 order terminating Appellant's parental rights and its August 28, 2017 order denying Appellant's Motion for Reargument.[1]

---

[1] Appellees cross-appealed, arguing that the Family Court erred in its construction and application of 13 *Del. C.* §1103 (a)(2)'s provisions relating to intentional and unintentional abandonment. Because Appellees "only filed [the cross-appeal] to be reached in the event this Court reverses Family Court's grant of the Termination of Parental Rights under Failure to Plan" (Ans. Br. at 42), we decline to consider the issues raised on cross appeal.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:


_/s/ Gary F. Traynor_
Justice